UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

Criminal No. 5:07-CR- 189 (DNH)

v.

INDICTMENT

KEVIN GREEN,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE GRAND JURY CHARGES:

### COUNT 1

On or about the 22nd day of March 2007, in the Northern District of New York, the defendant,

**KEVIN GREEN,**

by force, violence and intimidation did take from the person and presence of another, money, namely approximately $850, belonging to and in the care, custody, control, management and possession of the ACMG Federal Credit Union, a credit union whose accounts were then insured by the National Credit Union Administration Board.

In violation of Title 18, United States Code, Section 2113(a).

Dated: April **05**, 2007

A TRUE BILL,

*[signature]*
FOREPERSON

GLENN T. SUDDABY
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF NEW YORK

By: *Edward R. Broton*
Edward R. Broton
Assistant U.S. Attorney
Bar Roll #101230